PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

## FOR THE

DEC 2 8 2006

DISTRICT OF HAWAII

at 3 o'clock and 60 min. P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No.  CR 02-00042HG-01

JOZAN BUCKLEY

It appearing that the period of supervised release expired on 12/23/2006, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

LISA K.T. JICHA
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27th day of December, 2006.

HELEN GILLMOR
Chief U.S. District Judge